## Drew, Appellant, v. Laber, et al.

Before DeFuria, J.

Argued June 10, 1975. *Dale A. Betty,* with him *Kassab, Cherry and Archbold,* for appellant; *George J. McConchie,* with him *Cramp, D'Iorio, McConchie & Surrick,* for appellees.

Order affirmed.

## Evans v. Evans, Appellant.

Before Wright, J.

Argued December 11, 1975. *Earle J. Patterson,* with him *Caine, Di Pasqua, Edelson & Patterson,* for appellant; *Edward S. Lawhorne,* for appellee.

Order affirmed.

## First Federal Savings and Loan Association of Bucks County v. Street Road Shopping Center, Inc., Appellant.

Before Rufe, III, J., without a jury.

Argued December 15, 1975. *Edwin B. Barnett,* and *Strong, Barnett, Hayes & Quinn,* submitted a brief for appellant; *George T. Kelton,* with him *Charles F. Sampsel,* and *Begley, Carlin, Mandio, Kelton and Popkin,* for appellee.

Judgment affirmed.